**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6201**

_____

WALTER LEE CASHWELL, JR.,

Plaintiff - Appellant,

versus

MEDIC STUBBS; SERGEANT DILLENGER; SERGEANT
WOOD; SGT. PARKER; CAPTAIN REID; CORRECTIONAL
OFFICER NEWMAN,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-853-7)

_____

Submitted: March 23, 2000          Decided: March 31, 2000

_____

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Walter Lee Cashwell, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Lee Cashwell, Jr., appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cashwell v. Stubbs, No. CA-99-853-7 (W.D. Va. Jan. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED